# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __-cv-_____

JOSHUA DOSTER and CHRISTINA DOSTER,

Plaintiffs,

vs.

GEICO CASUALTY COMPANY,

Defendant.

_____

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
_____

TO:  PLAINTIFFS JOSHUA DOSTER AND CHRISTINA DOSTER AND THEIR ATTORNEYS OF RECORD:
Todd F. Bovo, Esq.
Paula G. Bovo, Esq.
BOVO LAW, LLC
650 S. Cherry Street, #1400
Denver, CO 80246

TO:  THE HONORABLE ELIZABETH ANNE STARRS
DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO, DIVISION 376
1437 Bannock St.
Denver, Colorado 80202

PLEASE TAKE NOTICE that the Defendant herein, GEICO Casualty Company, ("GEICO"), by and through its attorney, Karen H. Wheeler, of Wheeler Waters, Professional Corporation, hereby files this Notice of Removal to the United States District Court for the District of Colorado of the action brought by Plaintiffs Joshua Doster and Christina Doster, against GEICO in Denver County District Court, Colorado, case number 2018CV032476, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As grounds therefor, Defendant states as follows:

1.      On July 26, 2018, Defendant was served with a copy of the Summons, Complaint, and Civil Case Cover Sheet in case number 2018CV032476, in the District Court of Denver County, State of Colorado, filed by Plaintiffs, Joshua Doster and Christine Doster on or about July 3, 2018. *See* **Exhibit A,** Summons; **Exhibit B,** District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint Counter-Claim or Third-Party Complaint; **Exhibit C,** Complaint and Jury Demand; and **Exhibit D,** Affidavit of Service.

2.      This lawsuit arises from Plaintiffs' claim that they are entitled to insurance benefits related to a motor vehicle accident that allegedly occurred on or about April 4, 2017. **Exhibit C**, pp. 2-3, ¶¶ 6-17.

3.      Thirty days have not yet expired since July 26, 2018, the date the Complaint was first received by Defendant. Defendants' notice of removal is therefore timely pursuant to 28 U.S.C. §1441, *et seq*.

4.      Any civil action "brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5.      This action is removable because the United States District Court for the District of Colorado has original diversity jurisdiction over this action. *See* 28 U.S.C. § 1332(a).

6.      As discussed below, the parties are citizens of different states and the amount in controversy exceeds $75,000.

7.      "For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), state citizenship

2

is the equivalent of domicile." *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983).

8. GEICO is a Maryland corporation and its principal place of business is in Chevy Chase, Maryland. *See* **Exhibit C**, p. 1, ¶ 2. *See also* **Exhibit E** Answer and Jury Demand, p. 1, ¶ 1.

9. A corporation is "deemed to be a citizen of any State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]" 28 U.S.C. § 1332(c)(1).[1]

10. Plaintiffs are citizens and domiciles of Colorado. **Exhibit C**, p. 1 at ¶1.

11. Because Plaintiffs are citizens of Colorado and GEICO is a citizen of Maryland, the parties are citizens of different states pursuant to 28 U.S.C. § 1332(c)(1).

12. "[D]ocuments that demonstrate plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability." *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008). An indication on a civil cover sheet that the amount in controversy exceeds $100,000 is sufficient to meet the jurisdictional threshold for removal. *Paros Properties, LLC v. Colorado Casualty Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016).

13. The amount in controversy exceeds $75,000, exclusive of interest and costs, as reflected by Plaintiffs' Civil Cover Sheet. Plaintiffs, through their counsel, have represented that they are "seeking "[a] monetary judgment over $100,000[.]" *See id.*; 28 U.S.C. § 1446(c)(2)(A)(ii); **Exhibit B**, p. 2.

14. Accordingly, Plaintiffs are clearly estimating the value of their claim to be in excess of

---

[1] Plaintiff's action is not a direct action within the meaning of 28 U.S.C. § 1332(c)(1). *See, e.g., Fortson v. St. Paul Fire and Marine Ins. Co.*, 751 F.2d 1157, 1159 (11th Cir. 1985)(citation omitted).

the jurisdictional threshold of $75,000.

15. Plaintiffs assert the following claims in their Complaint: breach of contract, common law bad faith, and a claim for unreasonable denial pursuant to C.R.S. § 10-3-1115 and C.R.S. § 10-3-1116. **Exhibit C.**

16. Plaintiffs' Second Claim for Relief, the statutory claim pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116, allows for recovery of two times the covered benefit, as well as attorney fees and costs for a successful claim made pursuant to the statute. C.R.S. § 10-3-1116.

17. Because the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, the district court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

18. This action is pending in Denver County District Court, State of Colorado, which is embraced by the United States District Court for the District of Colorado. *See* **Exhibits A-C**; *see also* Fed. R. Evid. 201(b)(1)-(2).

19. Accordingly, this action is removable from Denver County District Court to this Court pursuant to 28 U.S.C. § 1441(a).

20. Pursuant to 28 U.S.C. §§ 1441 and 1446, GEICO hereby gives notice of removal of the action pending against it in Denver County District Court, Colorado, case number 2018CV032476, to the United States District Court for the District of Colorado.

21. Pursuant to 28 U.S.C. §1446(a), copies of all process and pleadings served in this action are attached to this Notice of Removal as **Exhibits A-J**, and include:

    A.    Summons (**Exhibit A**);
    B.    District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint,

    Counter-Claim or Third-Party Complaint (**Exhibit B**);
- C. Complaint and Jury Demand (**Exhibit C**);
- D. Return of Service (**Exhibit D**);
- E. Answer and Jury Demand **(Exhibit E);**
- F. Pre-trial Order **(Exhibit F);**
- G. Delay Reduction Order **(Exhibit G);**
- H. Notice to Set Jury Trial and Case Management Conference **(Exhibit H);**
- I. Notice of Court's Orders with Exhibits attached **(Exhibit I);**

WHEREFORE, Defendant, GEICO Casualty Company, respectfully requests by this Notice, that case number 2018CV032476 pending in the District Court of Denver County, State of Colorado, be removed to the United States District Court for the District of Colorado.

DATED this 24th day of August, 2018.

      Respectfully submitted,

      s/ Karen H. Wheeler
      Karen H. Wheeler
      Wheeler Waters, P.C.
      8400 E. Prentice Ave., Suite 1010
      Greenwood Village, Colorado 80111
      Telephone: (303) 221-4787
      Karen@wheelerwaters.com

      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. __-cv-_____

JOSHUA DOSTER and CHRISTINA DOSTER,

Plaintiffs,

vs.

GEICO CASUALTY COMPANY,

Defendant.
_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on August 24, 2018, I electronically filed the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** with the Clerk of Court for filing and uploading to the CM/ECF system and served by U.S. Mail and e-mail to the following:

Todd F. Bovo #38691
Paula G. Bovo #38624
BOVO LAW, LLC
650 S. Cherry Street, #1400
Denver, CO 80246
Phone: (303) 333-4686
Email: todd@bovolaw.com
paula@bovolaw.com

Attorneys for Plaintiff

                                               s/ Karen H. Wheeler
                                               Karen H. Wheeler